19 MISC 0014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re: Procedures Governing Initial Appearances    :
in the Southern District of New York

:          STANDING ORDER
            M10-468

:
------------------------------------------------------------X

    Because of the lapse of funding to the United States Department of Justice, including the United States Marshals Service:

    Absent other direction or Order from the Court, commencing on January 10, 2019, and continuing until such time as Congress passes and the President signs an appropriation funding the operations of the Department of Justice, initial appearances pursuant to Rule 5 of the Federal Rules of Criminal Procedure shall not take place after 3:00 p.m. or on Saturdays or Sundays.

    Nothing in this order shall be construed as prohibiting the Duty Magistrate Judge from ordering that a particular presentment take place after 3:00 PM or on a weekend.

SO ORDERED.

Dated: January 9, 2019
      New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge